IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 16-cv-02114-PAB

KEVIN GLENN HUEY,

    Plaintiff,

v.

THE FEDERAL ELECTION COMMISSION,

    Defendant.

_____

### ORDER TO SHOW CAUSE
_____

This matter is before the Court *sua sponte*. The complaint in this action was filed on August 19, 2016. *See* Docket No. 1. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *See* Fed. R. Civ. P. 4(m) ("But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."). There is no indication on the docket that plaintiff has served defendant with the complaint. Therefore, it is

**ORDERED** that on or before **December 16, 2016,** plaintiff shall show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m).

DATED December 8, 2016.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge